# EXHIBIT 1

NANCY A. MITCHELL *(pro hac vice pending)*
MARIA J. DICONZA *(pro hac vice pending)*
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: 212-801-9200
Facsimile:  212-801-6400
Email: mitchelln@gtlaw.com
       diconzam@gtlaw.com

GREGORY E. GARMAN, NV Bar # 6654
THOMAS H. FELL, NV Bar # 3717
TERESA M. PILATOWICZ, NV Bar # 9605
GORDON SILVER
3960 Howard Hughes Parkway, 9th flr.
Las Vegas, Nevada 89169
Telephone: 702-796-5555
Facsimile:  702-369-2666
Email:  ggarman@gordonsilver.com
        tfell@gordonsilver.com
        tpilatowicz@gordonsilver.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects TELEXFREE, INC.<br>☐ Affects TELEXFREE FINANCIAL, INC | Case No.: BK-S-14-12524-abl<br>Chapter 11<br><br>**[PROPOSED]**<br>**Jointly Administered with:**<br><br>14-12525   TelexFree, Inc.<br>14-12526   TelexFree Financial, Inc<br><br>Date:<br>Time: |

### ORDER AUTHORIZING THE
### EMPLOYMENT OF KURTZMAN CARSON CONSULTANTS LLC
### <u>AS CLAIMS AND NOTICING AGENT FOR DEBTORS</u>

Upon the application (the "**Application**") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order authorizing the

Gordon Silver
Attorneys At Law
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
(775) 343-7500

104590-002/2261497.doc

employment of Kurtzman Carson Consultants, LLC ("KCC") as claims and noticing agent for Debtors[4]; the Court having entertained the arguments of counsel; it appearing that KCC does not represent or hold any interest materially adverse to Debtors or to Debtors' estates in the matters upon which it is to be engaged; it appearing that the relief requested is in the best interests of Debtors' estates, creditors, equity holders, and all parties-in-interest; notice of this Application having been properly provided to parties-in-interest noted in the record and no further notice need be given; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Application is GRANTED as set forth herein.

2. Debtors are hereby authorized to retain KCC *nunc pro tunc* to the Petition Date as the claims and noticing agent in Debtors' Chapter 11 Cases, pursuant to 28 U.S.C. § 156(c) and Bankruptcy Rule 2002, as provided in the Application, on the terms and conditions set forth in the Engagement Agreement, and consistent with the Guidelines governing claims agents issued by the Bankruptcy Court in this District.

3. Pursuant to the Guidelines, KCC shall relieve the clerk's office of all noticing under any applicable Bankruptcy Rules and processing of claims.

4. Debtors shall compensate and reimburse KCC in accordance with the payment terms set forth in the Engagement Agreement for all services rendered and expenses incurred in connection with Debtors' Chapter 11 Cases.

5. Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code, the fees and expenses of KCC incurred pursuant to the Engagement Agreement shall be administrative expenses of Debtors' estates.

6. Debtors and KCC are authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application and the Engagement Agreement.

**IT IS SO ORDERED.**

---

[4] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104590-002/2261497.doc

2

PREPARED AND SUBMITTED:

GORDON SILVER

By: _____
    GREGORY E. GARMAN, ESQ.
    THOMAS H. FELL, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada 89169

AND

NANCY A. MITCHELL *(pro hac vice pending)*
MARIA J. DICONZA *(pro hac vice pending)*
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166

*Proposed Counsel for the Debtors
and Debtors in Possession*

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104590-002/2261497.doc

3

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104590-002/2261497.doc

4