NANCY A. MITCHELL *(pro hac vice)*
JOSEPH P. DAVIS *(pro hac vice)*
MARIA J. DICONZA *(pro hac vice)*
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone:  212-801-9200
Facsimile:   212-801-6400
Email: mitchelln@gtlaw.com
       davisjo@gtlaw.com
       diconzam@gtlaw.com

GREGORY E. GARMAN, NV Bar # 6654
THOMAS H. FELL, NV Bar # 3717
TERESA M. PILATOWICZ, NV Bar # 9605
GORDON SILVER
3960 Howard Hughes Parkway, 9th flr.
Las Vegas, Nevada 89169
Telephone:  702-796-5555
Facsimile:   702-369-2666
Email: ggarman@gordonsilver.com
       tfell@gordonsilver.com
       tpilatowicz@gordonsilver.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| In re:<br><br>TELEXFREE, LLC,<br><br>☐ Affects this Debtor<br><br>☒ Affects all Debtors<br><br>☐ Affects TELEXFREE, INC.<br><br>☐ Affects TELEXFREE FINANCIAL, INC | Case No.: BK-S-14-14-12524-ABL<br>Chapter 11<br><br>**Jointly Administered with:**<br><br>14-12525   TelexFree, Inc.<br>14-12526   TelexFree Financial, Inc<br><br>Date:  May 28, 2014<br>Time:  11:00 a.m. |
|---|---|

**STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016 AND
SECTION 329 OF THE BANKRUPTCY CODE**

Gregory E. Garman, Esq., a shareholder of Gordon Silver, hereby states:

1. Gordon Silver ("**GS**"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 329 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"), is proposed counsel for the above-captioned debtors and debtors-in-possession (the "**Debtors**").

2. The Debtors have agreed to pay GS for the legal services rendered or to be rendered by its various attorneys and paralegals in connection with these Chapter 11 Cases on

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2265978_2.DOCX

the Debtors' behalf. The services to be rendered include all of those services set forth in the application filed by the Debtors contemporaneously herewith requesting the retention and employment of GS as counsel for the Debtors in these Chapter 11 Cases (the "**Application**").[1]

3. The Debtors have also agreed to reimburse GS for its actual and necessary expenses incurred in connection with these Chapter 11 Cases.

4. Gordon Silver was first retained by the Debtors in April 2014. During the approximate twelve-month period prior to the Petition Date, Gordon Silver collected from the Debtors the following payments:

| Payment Date | Amount |
|---|---|
| 04/11/2014 | $750,000.00 (Advance Payment) |
| 04/13/2014 | $55,235.50 (Application of Advance Payment to Invoice) |

5. Of the amount received prepetition, GS applied $55,235.50 to services rendered and expenses incurred prior to the Petition Date, leaving a balance of $694,764.50 (the "**Advance Payment Balance**") remaining as of the Petition Date.

6. GS will seek approval of payment of compensation upon GS's filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code.

. . .

. . .

. . .

. . .

---

[1] Capitalized terms used herein but otherwise undefined shall have the meaning ascribed to such terms in the Application.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2265978_2.DOCX

7.  GS further has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of GS, or (b) any compensation another person or party has received or may receive.

Dated: April 24, 2014

/s/ *Gregory E. Garman*
Gregory E. Garman, Esq.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104590-002/2265978_2.DOCX