NANCY A. MITCHELL *(pro hac vice)*
JOSEPH P. DAVIS III *(pro hac vice)*
MARIA J. DICONZA *(pro hac vice)*
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: 212-801-9200
Facsimile:  212-801-6400
Email: mitchelln@gtlaw.com
       davisjo@gtlaw.com
       diconzam@gtlaw.com

GREGORY E. GARMAN, NV Bar # 6654
THOMAS H. FELL, NV Bar # 3717
TERESA M. PILATOWICZ, NV Bar # 9605
GORDON SILVER
3960 Howard Hughes Parkway, 9th flr.
Las Vegas, Nevada 89169
Telephone: 702-796-5555
Facsimile:  702-369-2666
Email: ggarman@gordonsilver.com
       tfell@gordonsilver.com
       tpilatowicz@gordonsilver.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects TELEXFREE, INC.<br>☐ Affects TELEXFREE FINANCIAL, INC | Case No.: BK-S-14-14-12524-ABL<br>Chapter 11<br><br>**Jointly Administered with:**<br><br>14-12525   TelexFree, Inc.<br>14-12526   TelexFree Financial, Inc<br><br>Date: May 28, 2014<br>Time: 11:00 a.m. |

### STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016 AND <u>SECTION 329 OF THE BANKRUPTCY CODE</u>

Joseph P. Davis III, a shareholder of Greenberg Traurig, LLP, hereby states:

1. Greenberg Traurig, LLP ("**Greenberg Traurig**"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 329 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"), is proposed counsel for the above-captioned debtors and debtors-in-possession (the "**Debtors**").

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

BOS 47402201v4

2. The Debtors have agreed to pay Greenberg Traurig for the legal services rendered or to be rendered by its various attorneys and paralegals in connection with these Chapter 11 Cases on the Debtors' behalf. The services to be rendered include all of those services set forth in the application filed by the Debtors contemporaneously herewith requesting the retention and employment of Greenberg Traurig as counsel for the Debtors in these Chapter 11 Cases (the "**Application**").[1]

3. The Debtors have also agreed to reimburse Greenberg Traurig for its actual and necessary expenses incurred in connection with these Chapter 11 Cases.

4. Greenberg Traurig was retained by the Debtors in February 2014, pursuant to an engagement letter dated February 13, 2014, a copy of which is attached to the Davis Declaration as **Attachment 1** (the "**Initial Engagement Letter**"), to advise the Debtors in connection with the investigation initiated by the Massachusetts Securities Division and in responding to information requests from the Massachusetts Securities Division (the "**Investigation**"). In connection with its representation of the Debtors in connection with the Investigation, Greenberg Traurig assisted the Debtors in responding to subpoenas and appeared on behalf of the Debtors at the on-the-record interviews of its then officers and directors, James Merrill and Carlos Wanzeler.

5. On or about April 7, 2014, the Debtors sought advice from Greenberg Traurig in connection with a potential chapter 11 filing. As a result, the Debtors and Greenberg Traurig amended the Initial Engagement Letter and entered into the engagement letter attached to the Davis Declaration as **Attachment 2** (the "**Amended Engagement Letter**," and together with the Initial Engagement Letter, the "**Engagement Letters**").

---

[1] Capitalized terms used herein but otherwise undefined shall have the meaning ascribed to such terms in the Application.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

BOS 47402201v4

6. Prior to the Petition Date, Greenberg Traurig collected from the Debtors the following payments:

| Payment Date | Amount |
| --- | --- |
| 02/18/2014 | $50,000.00 |
| 03/24/2014 | $74,823.00 |
| 03/25/2014 | $500,000.00 |
| 04/2/2014 | $159,507.63 |
| 04/10/2014 | $3,500,000.00 |

7. Of the amount received prepetition, Greenberg Traurig applied $557,725.00 to services rendered and expenses incurred prior to the Petition Date, leaving a balance of $3,726,604.89[2] (the "**Advance Payment Balance**") remaining as of the Petition Date. As of the filing of the Application, there may still be some prepetition fees and costs to be applied to this Advance Payment Balance.

8. Greenberg Traurig will seek approval of payment of compensation upon Greenberg Traurig's filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code.

[Remainder of Page Left Blank Intentionally]

---

[2] This figure reflects the Advance Payment Balance after accounting for the amount charged in connection with the fees and expenses incurred by Greenberg Traurig through the Petition Date.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

BOS 47402201v4

9.  Greenberg Traurig further has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Greenberg Traurig, or (b) any compensation another person or party has received or may receive.

Dated: April 24, 2014

_____
Joseph R. Davis III

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

BOS 47402201v4

4