# UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

*In re*   TelexFree, LLC                           Case Number   14-40987-MSH
TelexFree, Inc.                                                  14-40988-MSH
TelexFree Financial, Inc.                                        14-40989-MSH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VonWin Capital Management, L.P.**                **Surinder Kaur Gill**
Name of Transferee                                 Name of Transferor

Name and Address where notices to                  Claim Number:   73557-000
transferee should be sent:                         Claim Amount:   $19,478.50

**261 Fifth Avenue, 22nd Floor**
**New York, NY 10016**

Phone: **(212) 889-1601**                          Phone: **4073831163**
Last Four Digits of Acct #: _N/A_                  Last Four Digits of Acct #: _N/A_

Name and Address where transferee
Payments should be sent (if
different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                         Date:   5/3/19
Transferee/Transferee's Agent

FILING FEE PAID