# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

*In re*  TelexFree, LLC  
TelexFree, Inc.  
TelexFree Financial, Inc.

Case Number 14-40987-MSH  
14-40988-MSH  
14-40989-MSH

## NOTICE OF TRANSFER OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferor hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VonWin Capital Management, L.P.**  
Transferee

**David Peixoto Santos**  
Name of Transferor

Name and Address where notices to transferee should be sent:

**261 Fifth Avenue, 22ⁿᵈ Floor**  
**New York, NY 10016**

Phone: **(212) 889-1601**  
Last Four Digits of Acct #: __N/A__

Claim Number: **88044-000**  
Claim Amount: **$4,342.90**

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  
Transferee/Transferee's Agent

Date: __8/14/19__