

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* TELEXFREE, LLC, *et al.,* Debtors | Ch. 11 <br> 14-40987-FJB <br> Jointly Administered |

### Order

**MATTER:**

#3708 Motion filed by Trustee Stephen Darr to Approve [Re: 3707 Stipulation].

No objection having been filed, and good cause having been stated, the Motion of Trustee Stephen Darr to Approve Stipulation between Trustee and Defendant Class Representatives respecting Amended Fee Arrangement for Defendants is hereby GRANTED, and the stipulation is accordingly hereby APPROVED.

The 2/15/2022 hearing on this motion is canceled as unnecessary.

Dated: 2/7/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge